## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ADRIAN MARIE BOICU         :
                :

    **v.**                  :         **CIVIL ACTION NO. 26-5288**
                :

WARDEN FDC JL JAMISON, *et al.*  :

## ORDER

This 31st day of July, 2026, Petitioner having filed a Notice of Voluntary Dismissal of his

Petition for Writ of Habeas Corpus, ECF 4-1, docketed as a Motion, it is hereby **ORDERED** that

the Clerk of Court is requested to close this case for statistical purposes.


                     /s/ Gerald Austin McHugh
                     United States District Judge